# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

Filer's Name: _Ryan Rude_    Atty Name (if applicable): _____

Street Address: _Crystal Rudedish   7907 Standish_    CA Bar No. (if applicable): _____

_Riverside Ca 92509_    Atty Fax No. (if applicable): _____

Filer's Telephone No.: _951 454 5437_

In re:    Case No.: _6:09-bk-23850-BB_

Chapter 7 ✓   11 _____   13 _____

## AMENDED SCHEDULE(S) AND/OR STATEMENT(S)

A filing fee of $26.00 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added?    Yes _____    No ✓

Indicate below which schedule(s) and/or statement(s) is(are) being amended.

A ✓   B ___   C ___   D ✓   E ___   F ___   G ___   H ___   I ___   J ___

Statement of Social Security Number(s) _____    Statement of Financial Affairs _____

Statement of Intention _____    Other _____

**NOTE:** IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ON THE BACK OF THIS PAGE.

I/We, _Ryan + Crystal Rude_, the person(s) who subscribed to the foregoing Amended Schedule(s) and/or Statement(s) do hereby declare under penalty of perjury that the foregoing is true and correct.

DATED: _11/2/09_

_Ryan Rude_
Debtor Signature

Co-Debtor Signature

**FOR COURT USE ONLY**

FILED

NOV 02 2009

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

*SEE REVERSE SIDE**

# 60044346.

B-1008 Revised November 2003

## PROOF OF SERVICE

I hereby certify that a copy of the Amendment(s) was(were) mailed to the Trustee and that notice was given to the additional creditors listed.


DATED: _____          _____

                                          Print or Type Name


                                          _____

                                          *Signature*


(SEE ATTACHED MAILING LIST.)

Form B6D - (1 2/07)                                                          2007 USBC, Central District of California

| In re Debtor. RUDE, RYAN, E.<br>RUDE, CRYSTAL, A. | Case No.: 6:09-BK-23850-BB |
|---|---|

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R, Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND A ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO,<br>1186<br><br>LIBERTY BANK OF ARKANSAS<br>PO BOX 7514<br>JONESBORO, AR 72403 | | | 10/09/06<br>1ST MORTGAGE<br>75 SKYLINE DRIVE<br>CHEROKEE VILLAGE<br>AR, 72529<br><br>VALUE: $36,080-$45,000 | | | | $42,131.97 | |
| Last four digits of ACCOUNT NO.<br>9620<br><br>COUNTRYWIDE HOME LOAN<br>PO BOX 5170<br>SIMI VALLEY, CA 93062 | | | 12/2006<br>2ND MORTGAGE<br>75 SKYLINE DRIVE<br>AR, 72529<br><br>VALUE: $36,080-$45,000 | | | | $8426.20 | |
| Last four digits of ACCOUNT NO.<br>1746<br><br>LIBERTY BANK OF ARKANSAS<br>PO BOX 7514<br>JONESBORO, AR 72403 | | | 06/05/07<br>1ST MORTGAGE<br>43 CHICKASAW DRIVE<br>CHEROKEE VILLAGE<br>AR, 72529<br>VALUE:$28,000 | | | | $23,191.35 | |
| | | | Subtotal | | | | $73,749.52 | |
| ❌ Continuation Sheets attached | | | (Total of this page)    >.<br>(Use only last page) | | | | | |
| | | | | | | | (Report total also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

**Form B6D - (1 2/07)**                                                    2007 USBC, Central District of California

| In re Debtor: | RUDE, RYAN, E. | Case No.: 6:09-BK-23850-BB |
|---|---|---|
| | RUDE, CRYSTAL, A. | |

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R, Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND A ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO, **9620** <br><br> COUNTRYWIDE HOME LOAN PO BOX 5170 SIMI VALLEY, CA 93062 | | | 12/2006 2ND MORTGAGE 43 CHICKASAW DRIVE CHEROKEE VILLAGE, AR 72529 <br> VALUE: $28,000 | | | | $6,911.00 | |
| Last four digits of ACCOUNT NO. 0130 <br> LIBERTY BANK OF ARKANSAS PO BOX 7514 JONESBORO, AR 72403 | | | 1ST MORTGAGE 5 TONTO TRAIL CHEROKEE VILLAGE AR 72529 <br> VALUE: $39,000 | | | | $41,019.06 | |
| Last four digits of ACCOUNT NO. **9620** <br> COUNTRYWIDE HOME LOAN PO BOX 5170 SIMI VALLEY, CA 93062 | | | 12/2006 2ND MORTGAGE 5 TONTO TRAIL CHEROKEE VILLAGE AR, 72529 <br> VALUE:$38,000 | | | | $8,435.00 | |
| | | | Subtotal | | | | $56,365.06 | |

__0 Continuation Sheets attached                              (Total of this page)   >.
                                                             (Use only last page)

(Report total also on Summary of Schedules)          (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Form B6D - (1 2/07)                                                                  2007 USBC, Central District of California

| In re Debtor. RUDE, RYAN, E. RUDE, CRYSTAL, A. | Case No.: 6:09-BK-23850-BB |
|---|---|

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND A ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO, 2498<br><br>LIBERTY BANK OF ARKANSAS PO BOX 7514 JONESBORO, AR 72403 | | | 10/10/08 1ST MORTGAG 76 HIAWATHA DRIVE CHEROKEE VILLAGE AR, 72529<br><br>VALUE: $25,000 | | | | $20,095.69 | |
| Last four digits of ACCOUNT NO. 9620<br><br>COUNTRY WIDE HOME LOAN PO BOX 5170 SIMI VALLEY, CA 93062 | | | 12/2006 2ND MORTGAGE 76 HIAWATHA DRIVE CHEROKEE VILLAGE AR, 72529<br><br>VALUE: $25,000 | | | | $6484.90 | |
| Last four digits of ACCOUNT NO. RUDE<br><br>COURTNEY THOMPSON | | | 3RD MORTGAGE 76 HIAWATHA DRIVE CHEROKEE VILLAGE AR, 72529<br><br>VALUE:$25,000 | | | | $4,000 | |
| | | | Subtotal | | | | $30,580.59 | |

__0 Continuation Sheets attached

(Total of this page)    >
(Use only last page)

(Report total also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

| Form B6D - (1 2/07) | 2007 USBC, Central District of California |
|---|---|
| In re Debtor.    RUDE, RYAN, E.<br>                RUDE, CRYSTAL, A. | Case No.: 6:09-BK-23850-BB |

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R, Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND A ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO,<br>**4066**<br><br>**LIBERTY BANK OF ARKANSAS**<br>**PO BOX 7514**<br>**JONESBORO, AR 72403** | | | 11/12/07<br>1ST MORTGAGE<br>**184 DEERRUN DRIVE**<br>**CHEROKEE VILLAGE**<br>**AR, 72529**<br><br>VALUE: $39,000 | | | | $42,361.44 | |
| Last four digits of ACCOUNT NO.<br>9390<br><br>**CITI BANK N.A. (HEL)**<br>**PO BOX 790110 MS 504A**<br>**ST LOUIS , MO 63179** | | | 10/2007<br>2ND MORTGAGE<br>**184 DEER RUN DRIVE**<br>**CHEROKEE VILLAGE**<br>AR, 72529<br><br>VALUE: $39,000 | | | | $9,000.00 | |
| Last four digits of ACCOUNT NO.<br>**RUDE**<br><br>**STEVE ALWIN** | | | 3RD MORTGAGE<br>**184 DEER RUN DRIVE**<br>**CHEROKEE VILLAGE**<br>AR, 72529<br><br>VALUE:$39,000 | | | | $7,000.00 | |
| | | | Subtotal | | | | $58,361.44 | |
| _0 Continuation Sheets attached | | | (Total of this page)    >.<br>(Use only last page) | | | | | |

(Report total also on Summary of Schedules)       (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Form B6D - (1 2/07)                                                     2007 USBC, Central District of California

| In re Debtor. RUDE, RYAN, E. RUDE, CRYSTAL, A. | Case No.: 6:09-BK-23850-BB |
|---|---|

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R, Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND A ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO, 4298 LIBERTY BANK OF ARKANSAS PO BOX 7514 JONESBORO, AR 72403 | | | 11/08/06 1ST MORTGAG 6 MIRAMICHEE CHEROKEE VILLAGE AR, 72529 VALUE: $95,000 | | | | $87,281.77 | |
| Last four digits of ACCOUNT NO. 9620 COUNTRY WIDE HOME LOAN PO BOX 5170 SIMI VALLEY, CA 93062 | | | 12/2006 2ND MORTGAGE 6 MIRAMICHEE CHEROKEE VILLAGE AR, 72529 VALUE: $95,000 | | | | $19,387.12 | |
| Last four digits of ACCOUNT NO. 8034 LIBERTY BANK OF ARKANSAS PO BOX 7514 JONESBORO, AR 72403 | | | 1ST MORTGAGE 162 HIAWATHA DRIVE CHEROKEE VILLAGE AR, 72529 VALUE:$32,000 | | | | $34,381.79 | |

Subtotal $141,051.35

__0 Continuation Sheets attached

(Total of this page)   >.
(Use only last page)

(Report total also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Form B6D - (1 2/07)                                                    2007 USBC, Central District of California

| In re Debtor. RUDE, RYAN, E. RUDE, CRYSTAL, A. | Case No.: 6:09-BK-23850-BB |
|---|---|

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R, Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND A ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO, 9620 <br><br> COUNTRY WIDE HOME LOAN PO BOX 5170 SIMI VALLEY, CA 93062 | | | 2ND MORTGAGE 162 HIAWATHA DRIVE CHEROKEE VILLAGE AR, 72529 <br><br> VALUE: $32,000 | | | | $8,438.74 | |
| Last four digits of ACCOUNT NO. 3930 <br><br> LIBERTY BANK OF ARKANSAS PO BOX 7514 JONESBORO, AR 72403 | | | 1ST MORTGAGE 22 POWHATAN DRIVE CHEROKEE VILLAGE, AR 72529 <br><br> VALUE: $39,000 | | | | $28,935.45 | |
| Last four digits of ACCOUNT NO. 9620 <br><br> COUNTRY WIDE HOME LOAN PO BOX 5170 SIMI VALLEY, CA 93062 | | | 2ND MORTGAGE 22 POWHATAN DRIVE CHEROKEE VILLAGE AR, 72529 <br><br> VALUE:$ 39,000 | | | | $10,229.00 | |
| | | | Subtotal | | | | $47,603.19 | |

__0 Continuation Sheets attached

(Total of this page)    >.
(Use only last page)

(Report total also on Summary of Schedules)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

**Form B6D - (1 2/07)**                                                 2007 USBC, Central District of California

| In re Debtor.  RUDE, RYAN, E.<br>RUDE, CRYSTAL, A. | Case No.: 6:09-BK-23850-BB |
|---|---|

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND A ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.<br>6666<br><br>**LIBERTY BANK OF ARKANSAS**<br>**PO BOX 7514**<br>**JONESBORO, AR 72403** | | | 1ST MORTGAGE<br>9 MIRAMICHEE CIRCLE<br>CHEROKEE VILLAGE<br>AR, 72529<br><br>VALUE: $230,000 | | | | $209,535.93 | |
| Last four digits of ACCOUNT NO.<br>9620<br><br>**COUNTRY WIDE HOME LOAN**<br>**PO BOX 5170**<br>**SIMI VALLEY, CA 93062** | | | 2ND MORTGAGE<br>9 MIRAMICHEE CIRCLE<br>CHEROKEE VILLAGE<br>AR, 72529<br><br>VALUE: $230,000 | | | | $61,035.13 | |
| Last four digits of ACCOUNT NO.<br>**1999**<br>**WELLS FARGO BANK**<br>**PO BOX 54780**<br>**LOS ANGELES, CA 90054-0780** | | | 1ST MORTGAGE<br>5476 QUAIL CREEK CIRCLE<br>BILOXI MS 39532<br><br>VALUE:$ 98,000-<br>$105,000.00 | | | | $76,621.08 | |
| | | | Subtotal | | | | $347,210.14 | |

__0 Continuation Sheets attached

(Total of this page)  >.
(Use only last page)

(Report total also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and

| Form B6D - (1 2/07) | | 2007 USBC, Central District of California |
|---|---|---|
| In re Debtor. RUDE, RYAN, E.<br>RUDE, CRYSTAL, A. | | Case No.: 6:09-BK-23850-BB |

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND A ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO,<br>9620<br><br>COUNTRY WIDE HOME LOAN<br>PO BOX 5170<br>SIMI VALLEY, CA 93062 | | | 2ND MORTGAGE<br>5476 QUAIL CREEK CIRCLE<br>BILOXI MS 39532<br><br>VALUE: $98,000-$105,000.00 | | | | $25,125.00 | |
| Last four digits of ACCOUNT NO.<br>7861<br><br>FIRST FRANKLIN<br>LOAN SERVICES<br>150 ALLEGHENY CENTER MALL<br>LOCATOR #24-040<br>PITTSBURGH, PA 15212 | | | 1ST MORTGAGE<br>166 W 1750 N<br>NORTH OGDEN, UT 84414<br><br>VALUE: $210,000 | | | | $226,789.43 | |
| Last four digits of ACCOUNT NO.<br>9620<br>COUNTRY WIDE HOME LOAN<br>PO BOX 5170<br>SIMI VALLEY, CA 93062 | | | 2ND MORTGAGE<br>166 W 1750 N<br>NORTH OGDEN, UT 84414<br><br>VALUE:$ 210,000 | | | | $45,357.89 | |
| | | | | | | Subtotal | $297,272.32 | |

__0 Continuation Sheets attached

(Total of this page)    >.
(Use only last page)

(Report total also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and

**Form B6D - (1 2/07)**                                          2007 USBC, Central District of California

| In re Debtor. RUDE, RYAN, E. RUDE, CRYSTAL, A. | Case No.: 6:09-BK-23850-BB |
|---|---|

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R, Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND A ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO, 0607 <br><br> BAYVIEW LOAN SERVICING 4425 PONCE DE LEON BLVD. 5TH FLOOR MAILROOM CORAL GABLES, FL 33146 | | | 1ST MORTGAGE 936 W 1025 S BRIGHAM CITY UT 84302 <br><br> VALUE: $165,000 | | | | $186,313.95 | |
| Last four digits of ACCOUNT NO. 9620 <br><br> COUNTRY WIDE HOME LOAN PO BOX 5170 SIMI VALLEY, CA 93062 | | | 1ST MORTGAGE 166 W 1750 N NORTH OGDEN, UT 84414 <br><br> VALUE: $165,000 | | | | $42,592.00 | |
| Last four digits of ACCOUNT NO. | | | <br><br> VALUE | | | | | |
| | | | | | | Subtotal | $228,905.95 | |

\_\_0 Continuation Sheets attached

(Total of this page)   >.
(Use only last page)     | 1,281,099.56 |

(Report total also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and

| Form B6A (12/07) | 2007 USBC, Central District of California |
|---|---|
| In re<br><br>RUDE, RYAN, E.<br>RUDE, CRYSTAL, A. | Case No.:6:09-bk-23850-BB |

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C-Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| SINGLE FAMILY DWELLING<br><br>6 MIRAMICHEE<br>CHEROKEE VILLAGE, AR 72529 | DEBTOR DOES NOT INTEND TO KEEP PROPERTY | | $87,281.77 | $106,668.89 |
| SINGLE FAMILY DWELLING<br><br>22 POWHATAN DRIVE<br>CHEROKEE VILLAGE, AR 72529 | DEBTOR DOES NOT INTEND TO KEEP PROPERTY | | $28,935.45 | $39,164.45 |
| SINGLE FAMILY DWELLING<br><br>9 MIRAMICHEE CIRCLE<br>CHEROKEE VILLAGE, AR 72529 | DEBTOR DOES NOT INTEND TO KEEP PROPERTY | | $209,535.93 | $270,751.06 |
| SINGLE FAMILY DWELLING<br><br>5476 QUAIL CREEK CIRCLE<br>BILOXI, MS 39532 | DEBTOR DOES NOT INTEND TO KEEP PROPERTY | | $76,621.08 | $101,746.08 |
| | | Total | $402,374.23 | |

(Report also on Summary of Schedules.)

| Form B6A (12/07) | | | | | 2007 USBC, Central District of California |
|---|---|---|---|---|---|

| In re | Case No.:6:09-bk-23850-BB |
|---|---|
| RUDE, RYAN, E.<br>RUDE, CRYSTAL, A. | |

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C-Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| SINGLE FAMILY DWELLING<br><br>43 CHICKASAW DRIVE<br>CHEROKEE VILLAGE, AR 72529 | DEBTOR DOES NOT INTEND TO KEEP PROPERTY | | $23,191.35 | $30,102.35 |
| SINGLE FAMILY DWELLING<br><br>5 TONTO TRAIL<br>CHEROKEE VILLAGE, AR 72529 | DEBTOR DOES NOT INTEND TO KEEP PROPERTY | | $41,019.06 | $49,454.06 |
| SINGLE FAMILY DWELLING<br><br>76 HIAWATHA DRIVE<br>CHEROKEE VILLAGE, AR 72529 | DEBTOR DOES NOT INTEND TO KEEP PROPERTY | | $20,095.69 | $30,580.59 |
| SINGLE FAMILY DWELLING<br><br>162 HIAWATHA DRIVE<br>CHEROKEE VILLAGE, AR 72529 | DEBTOR DOES NOT INTEND TO KEEP PROPERTY | | $34,381.79 | $42,820.53 |
| | | Total | $118,687.89 | |

(Report also on Summary of Schedules.)

Form B6A (12/07)                                              **2007 USBC, Central District of California**

| In re<br><br>RUDE, RYAN, E.<br>RUDE, CRYSTAL, A. | Case No.:6:09-bk-23850-BB |
|---|---|

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C-Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| SINGLE FAMILY DWELLING<br><br>166 W 1750 N<br>NORTH OGDEN, UT 84414 | DEBTOR DOES NOT INTEND TO KEEP PROPERTY | | $186,313.95 | $228,905.95 |
| SINGLE FAMILY DWELLING<br><br>936 W 1025 S<br>BRIGHAM CITY, UT 84302 | DEBTOR DOES NOT INTEND TO KEEP PROPERTY | | $226,789.43 | $272,147.32 |
| SINGLE FAMILY DWELLING<br><br>75 SKYLINE<br>CHEROKEE VILLAGE, AR 72529 | DEBTOR DOES NOT INTEND TO KEEP PROPERTY | | $42,131.97 | $50,558.17 |
| SINGLE FAMILY DWELLING<br><br>184 DEER RUN DRIVE<br>CHEROKEE VILLAGE, AR 72529 | DEBTOR DOES NOT INTEND TO KEEP PROPERTY | | $42,361.44 | $58,361.44 |
| | | Total | $497,596.79 | |

(Report also on Summary of Schedules.)